# Exhibit A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

**Via Electronic Delivery**

Lorraine Frewert                                  Dylan Chinea
Noridian Healthcare Solutions             Toyon Associates, Inc.
P.O. Box 6782                                     1800 Sutter Street, Suite 600
Fargo, ND 58108                                 Concord, CA 94520

RE:   ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
        UC FY 2007 Inclusion of Dual Eligible Part C Days in SSI Ratio Issued 3/16/12
        PRRB Case No.:      14-0753GC

Dear Ms. Frewert and Mr. Chinea:

The above-referenced appeal includes a challenge to the inclusion of Medicare Part C days in the
Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of
Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid
fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is
governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and,
under the terms of this Ruling, the Provider Reimbursement Review Board ("Board")
must remand this issue to the Medicare Contractor for calculation of the DSH payment
adjustment in accordance with the forthcoming final rule CMS will issue "to govern the
treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013."  *See
also* 58 Fed. Reg. 47723 (Aug. 6, 2020).

The Board has reviewed the jurisdictional documentation and finds that the Providers on the
attached schedule met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo,
42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue.  Consequently,
pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced case to the
Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the
forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient
days.  The Board closes the group appeal and removes it from the Board's docket.

Board Members Participating:                    For the Board:

Clayton J. Nix, Esq.
Robert A. Evarts, Esq.                                                      3/22/2023
Kevin D. Smith, CPA
Ratina Kelly, CPA                              X Robert A. Evarts, Esq.
                                               _____
                                               Robert A. Evarts, Esq.
                                               Board Member
                                               Signed by: Robert A. Evarts -A

cc:   Wilson Leong, FSS

PRRB Case Number: 14-0753GC
Page 2

## **Schedule of Providers**

| Organization # | Organization Name | MAC Code | Final Determination Date | Issue Submission Date | Prior Case Number | Transfer Date | FYE |
|---|---|---|---|---|---|---|---|
| 05-0454 | UCSF Medical Center | J-E | 11/22/2017 | 05/17/2018 | 18-1300 | 12/10/2018 | 06/30/2007 |
| 05-0262 | Ronald Reagan UCLA Medical Center | J-E | 03/15/2013 | 09/04/2013 | 13-3563; 16-1910G | 02/25/2020 | 06/30/2007 |
| 05-0112 | Santa Monica UCLA Medical Center | J-E | 08/17/2012 | 01/28/2013 | 16-1910G | 03/25/2020 | 06/30/2007 |
| 05-0348 | University of California Irvine Medical Center | J-E | 02/22/2013 | 08/16/2013 | 13-2840 | 05/05/2014 | 06/30/2007 |
| 05-0025 | UC San Diego Health Hillcrest – Hillcrest Medical Center | J-E | 03/08/2013 | 09/04/2013 | 13-3519 | 04/15/2014 | 06/30/2007 |