# Exhibit B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>**Via Electronic Delivery**</u>

| | |
|---|---|
| Lorraine Frewert | Dylan Chinea |
| Appeals Coordinator, JE Provider Audit | Director – DSH Services |
| Noridian Healthcare Solutions | Toyon Associates, Inc. |
| P.O. Box 6782 | 1800 Sutter Street, Suite 600 |
| Fargo, ND 58108 | Concord, CA 94520 |

RE: ***Revised Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
   UC FY 2007 Inclusion of Dual Eligible Part C Days in SSI Ratio Issued 3/16/12
   PRRB Case No.:   14-0753GC

Dear Ms. Frewert and Mr. Chinea:

On March 28, 2023, the Provider Reimbursement Review Board ("Board") received a letter from the Group Representative requesting that the Board issue a corrected remand letter and schedule of providers to include Provider UC Davis Medical Center (Provider No. 05-0599). The Board has reviewed the Group Representative's Request, and is re-issuing the remand to include the missing provider.

The above-referenced appeal includes a challenge to the inclusion of Medicare Part C days in the Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and, under the terms of this Ruling, the Board must remand this issue to the Medicare Contractor for calculation of the DSH payment adjustment in accordance with the forthcoming final rule CMS will issue "to govern the treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013." *See also* 58 Fed. Reg. 47723 (Aug. 6, 2020).

The Board has reviewed the jurisdictional documentation and finds that the Providers on the attached schedule met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo, 42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue. Consequently, pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced case to the Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient days. The Board closes the group appeal and removes it from the Board's docket.

PRRB Case Number: 14-0753GC
Page 2

<u>Board Members Participating:</u>　　　　　　　For the Board:

Clayton J. Nix, Esq.　　　　　　　　　　　　　　　　　　　　　　　　4/7/2023
Robert A. Evarts, Esq.
Kevin D. Smith, CPA
Ratina Kelly, CPA　　　　　　　　　X  Robert A. Evarts, Esq.

　　　　　　　　　　　　　　　　　　Robert A. Evarts, Esq.
　　　　　　　　　　　　　　　　　　Board Member
　　　　　　　　　　　　　　　　　　Signed by: Robert A. Evarts -A

cc:　Wilson Leong, FSS

Exhibit B, pg. 2

PRRB Case Number: 14-0753GC
Page 3

## Schedule of Providers

| Organization # | Organization Name | MAC Code | Final Determination Date | Issue Submission Date | Prior Case Number | Transfer Date |
|---|---|---|---|---|---|---|
| 05-0454 | UCSF Medical Center | J-E | 11/22/2017 | 05/17/2018 | 18-1300 | 12/10/2018 |
| 05-0262 | Ronald Reagan UCLA Medical Center | J-E | 03/15/2013 | 09/04/2013 | 13-3563; 16-1910G | 02/25/2020 |
| 05-0112 | Santa Monica UCLA Medical Center | J-E | 08/17/2012 | 01/28/2013 | 16-1910G | 03/25/2020 |
| 05-0348 | University of California Irvine Medical Center | J-E | 02/22/2013 | 08/16/2013 | 13-2840 | 05/05/2014 |
| 05-0025 | UC San Diego Health Hillcrest – Hillcrest Medical Center | J-E | 03/08/2013 | 09/04/2013 | 13-3519 | 04/15/2014 |
| 05-0599 | UC Davis Medical Center | J-E | 10/17/2012 | 04/11/2013 | 13-1595 | 11/13/2013 |